# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISON

| | |
|---|---|
| **MARIA CAZORLA, et al.,** ) | |
| Plaintiffs, ) | |
| ) | **CIVIL ACTION NO.** |
| v.  ) | **3:10-CV-135-DPJ-FKB** |
| ) | |
| **KOCH FOODS OF MISSISSIPPI, LLC and** ) | |
| **JESSIE ICKOM,** ) | |
| Defendants. ) | |
| ) | |
| *Consolidated with* ) | |
| **EQUAL EMPLOYMENT OPPORTUNITY** ) | **CIVIL ACTION NO.3.11-CV-** |
| **COMMISSION,** ) | **00391-CWR-LRA** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **KOCH FOODS OF MISSISSIPPI, LLC,** ) | |
| Defendant. ) | |

## NOTICE OF ATTORNEY APPEARANCE

Plaintiff U.S. Equal Employment Opportunity Commission hereby notifies the Court and all counsel that Russ Parker is entering his appearance as co-counsel for Plaintiff.

Date: April 6, 2018

                                                    Respectfully submitted,
                                                   */s/ Russell P. Parker*
                                                   Russell P. Parker
                                                   (ASB-7571-S74P)
                                                   Trial Attorney
                                                   EQUAL EMPLOYMENT
                                                   OPPORTUNITY COMMISSION
                                                   Birmingham District Office
                                                   Ridge Park Place, Suite 2000
                                                   1130 22nd Street South
                                                   Birmingham, Alabama 35205
                                                   (205) 212-2133
                                                   russ.parker@eeoc.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 6, 2018, I filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

                */s/ Russell P. Parker*
                Russell P. Parker